| | |
|---|---|
| BRYAN A. KOHM (CSB No. 233276) | GREGORY J. MYERS (MN 0287398) |
| bkohm@fenwick.com | gjmyers@locklaw.com |
| **FENWICK & WEST LLP** | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** |
| 555 California Street, 12th Floor | 100 Washington Avenue South, Suite 2200 |
| San Francisco, CA 94104 | Minneapolis, MN 55401 |
| Telephone: 415-875-2300 | Telephone: 612-339-6900 |
| Facsimile: 415-281-1350 | Facsimile: 612-339-0981 |

Attorney for Defendant
Qolsys, Inc.

CADIO ZIRPOLI (SBN 179108)
cadio@saveri.com
SARAH VAN CULIN (SBN 293181)
sarah@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: 415-217-6810
Facsimile: 415-217-6813

Attorney for Plaintiffs
SIPCO, LLC and IP Co., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIPCO, LLC and IP Co., LLC, | Case No.: 4:19-cv-05194-HSG |
| Plaintiffs, | **STIPULATION AND ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; ORDER** |
| v. | |
| Qolsys, Inc., | |
| Defendant. | Complaint filed on August 20, 2019 |

WHEREAS, on August 20, 2019, Plaintiffs SIPCO, LLC and IP Co., LLC filed the complaint in this action;

WHEREAS, on September 3, 2019, after this action had been reassigned to the Hon. Judge Haywood S. Gilliam, Jr., the court issued a Case Management Scheduling Order, which set the Case Management Conference in this action for 2:00 p.m. on November 19, 2019;

WHEREAS, due to obligations associated with the close of discovery in an investigation pending before the International Trade Commission, counsel for Defendant is not available for the

currently scheduled Case Management Conference;

WHEREAS, the parties agreed to continue the Case Management Conference to accommodate the scheduling conflict of Defendant's counsel;

THEREFORE, IT IS HEREBY STIPULATED between the parties that the Case Management Conference shall be continued to December 10, 2019 at 2:00 p.m. The parties shall file a Joint Case Management Statement on or before November 12, 2019.

**IT IS SO STIPULATED.**

Dated: November 5, 2019      FENWICK & WEST LLP

By:   */s/ Bryan A. Kohm*
      Bryan A. Kohm

Attorneys for Defendant
Qolsys, Inc.

Dated: November 5, 2019      **SAVERI & SAVERI, INC.**

By:   */s/ Gregory J. Myers*
      Gregory J. Myers, MN #0287398
      **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
      100 Washington Avenue South, Suite 2200
      Minneapolis, MN 55401
      Telephone: 612-339-6900
      Facsimile: 612-339-0981
      E-mail: gjmyers@locklaw.com

Cadio Zirpoli
Sarah Van Culin
706 Sansome Street
San Francisco, CA 94111
Telephone: 415-217-6810
Facsimile: 415-217-6813
Email: cadio@saveri.com; sarah@saveri.com

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, the Case Management Conference shall be continued from November 19, 2019 at 2:00 p.m. to December 10, 2019 at 2:00 p.m.

The parties shall file a Joint Case Management Statement on or before November 12, 2019.

**IT IS SO ORDERED:**

Dated: November  6 , 2019

_____
Haywood S. Gilliam, Jr.
United States District Court Judge