BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415-875-2300
Facsimile: 415-281-1350

Attorney for Defendant
Qolsys, Inc.

GREGORY J. MYERS (MN 0287398)
gjmyers@locklaw.com
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981

CADIO ZIRPOLI (SBN 179108)
cadio@saveri.com
SARAH VAN CULIN (SBN 293181)
sarah@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: 415-217-6810
Facsimile: 415-217-6813

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIPCO, LLC and IP Co., LLC,<br><br>Plaintiff,<br><br>v.<br><br>Qolsys, Inc.,<br><br>Defendant. | Case No.: 4:19-cv-05194-HSG<br><br>**STIPULATON AND<br>ORDER RE CASE MANAGEMENT<br>STATEMENT**<br><br>Complaint filed on August 20, 2019 |

WHEREAS, on August 20, 2019, Plaintiffs SIPCO, LLC and IP Co., LLC filed the complaint in this action;

WHEREAS, on September 3, 2019, after this action had been reassigned to the Hon. Judge Haywood S. Gilliam, Jr., the court issued a Case Management Scheduling Order, which set the Case Management Conference in this action for 2:00 p.m. on November 19, 2019;

WHEREAS, due to obligations associated with the close of discovery in an investigation

pending before the International Trade Commission, counsel for Defendant is not available for the currently scheduled Case Management Conference;

WHEREAS, the parties agreed to continue the Case Management Conference to accommodate the scheduling conflict of Defendant's counsel;

WHEREAS, the Case Management Conference was continued from November 19, 2019, to December 10, 2019.

WHEREAS, when the continuance of the Case Management Conference was filed on November 5, 2019, the parties inadvertently listed the Joint Case Management Statement deadline for November 12, 2019—the original deadline—rather than December 3, 2019—seven days before the December 10, 2019 Case Management Conference;

WHEREAS, the parties request that the Court issue an order setting December 3, 2019 as the deadline for the parties to submit their Joint Case Management Statement for the Case Management Conference scheduled for December 10, 2019;

THEREFORE, IT IS HEREBY STIPULATED the parties shall file a Joint Case Management Statement on or before December 3, 2019.

**IT IS SO STIPULATED.**

Dated:   November 12, 2019          FENWICK & WEST LLP

                                    By:  /s/ Bryan A. Kohm
                                         Bryan A. Kohm

                                         Attorneys for Defendant
                                         Qolsys, Inc.

Dated:   November 12, 2019          **SAVERI & SAVERI, INC.**

                                    By:  /s/ Gregory J. Myers

                                         Gregory J. Myers, MN #0287398
                                         **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                                         100 Washington Avenue South, Suite 2200
                                         Minneapolis, MN 55401
                                         Telephone: 612-339-6900
                                         Facsimile: 612-339-0981
                                         E-mail: gjmyers@locklaw.com

Cadio Zirpoli
Sarah Van Culin
706 Sansome Street
San Francisco, CA 94111
Telephone: 415-217-6810
Facsimile: 415-217-6813
Email: cadio@saveri.com; sarah@saveri.com

*Attorneys for Plaintiffs*

**ATTESTATION**

I hereby attest that I have obtained concurrence of the signatory, Gregory J. Myers, of the filing of this document.

By: /s/ Bryan A. Kohm
Bryan A. Kohm

# ORDER

Based on the foregoing stipulation of the parties, the Joint Case Management Statement shall be filed on or before December 3, 2019.

**IT IS SO ORDERED:**

Dated: November 13, 2019

_____
Haywood S. Gilliam, Jr.
United States District Court Judge