1  BRYAN A. KOHM (CSB No. 233276)
   bkohm@fenwick.com
2  MARTYNA M. SKRODZKA (CSB No. 326484)
   mskrodzka@fenwick.com
3  **FENWICK & WEST LLP**
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone:  415-875-2300
5  Facsimile:   415-281-1350

6  Attorney for Defendant
   Qolsys, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIPCO, LLC and IP Co., LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Qolsys, Inc.,<br><br>　　　　　Defendant. | Case No.: 4:19-cv-05194-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES (AS MODIFIED)**<br><br>Complaint filed on August 20, 2019 |

Pursuant to stipulation by the parties, IT IS HEREBY ORDERED as follows:

The following deadlines shall be extended to:

| Description: | New deadline: |
|---|---|
| Compliance with Patent Local Rules 3-3 and 3-4 | April 14, 2020 |
| Exchange of Proposed Terms for Claim Construction (Patent L.R. 4-1) | May 14, 2020 |
| Exchange of Preliminary Constructions and Extrinsic Evidence (Patent L.R. 4-2) | June 5, 2020 |
| Preliminary Damages Contentions (Patent L.R. 3-8) | June 20, 2020 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | June 29, 2020 |
| Responsive Damages Contentions (Patent L.R. 3-9) | July 19, 2020 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | July 26, 2020 |
| Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | August 10, 2020 |
| Defendant's Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | September 3, 2020 |

| Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5(c)) | September 10, 2020 |
| --- | --- |
| Re complaint alleging infringement of patent: Last business day to file with PTO petition requesting inter partes review. [Re: Complaint served on Qolsys 8/28/19] | September 28, 2020 |
| Technical Tutorial (Patent L.R. 4-6; Standing Order for Patent Cases) | October 02, 2020 **at 1 p.m.** |
| Claim Construction Hearing (Patent L.R. 4-6; Standing Order for Patent Cases) | October **7**, 2020 **at 1 p.m.** |

**IT IS SO ORDERED.**

Dated: 4/1/2020

*Haywood S. Gill Jr.*

United States District Court Judge