Gregory J. Myers, MN #0287398
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:   612-339-6900
Facsimile:    612-339-0981
E-mail:  gjmyers@locklaw.com

Cadio Zirpoli
Sarah Van Culin
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone:    415-217-6810
Facsimile:     415-217-6813
Email: cadio@saveri.com
       sarah@saveri.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIPCO, LLC and IP Co., LLC, <br><br> Plaintiff, <br><br> v. <br><br> Qolsys, Inc., <br><br> Defendant. | Case No.: 4:19-cv-05194-HSG <br><br> [PROPOSED] **ORDER GRANTING STIPULATION FOR EXTENDING DEADLINES**  (as modified) <br><br> Complaint filed on August 20, 2019 |

Pursuant to stipulation by the parties, IT IS HEREBY ORDERED as follows:

The following deadlines shall be extended to:

| Description: | New deadline: |
|---|---|
| Exchange of Preliminary Constructions and Extrinsic Evidence (Patent L.R. 4-2) | August 4, 2020 |
| Preliminary Damages Contentions (Patent L.R. 3-8) | August 19, 2020 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | August 28, 2020 |
| Responsive Damages Contentions (Patent L.R. 3-9) | September 17, 2020 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | September 24, 2020 |
| Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | October 9, 2020 |
| Defendant's Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | November 2, 2020 |
| Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5(c)) | November 9, 2020 |
| Re complaint alleging | November 27, 2020 |

| | | |
|---|---|---|
| | infringement of patent: Last business day to file with PTO petition requesting inter partes review. [Re: Complaint served on Qolsys 8/28/19] | |
| | Technical Tutorial (Patent L.R. 4-6; Standing Order for Patent Cases) | December 2, 2020 at 1 p.m. |
| | Claim Construction Hearing (Patent L.R. 4-6; Standing Order for Patent Cases) | December 9, 2020 at 1 p.m. |

**IT IS SO ORDERED.**

Dated:   6/9/2020

*Haywood S. Gill, Jr.*

United States District Court Judge