Gregory J. Myers, MN #0287398
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   612-339-6900
Facsimile:   612-339-0981
E-mail:  gjmyers@locklaw.com

Cadio Zirpoli
Sarah Van Culin
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone:   415-217-6810
Facsimile:   415-217-6813
Email: cadio@saveri.com
       sarah@saveri.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIPCO, LLC and IP Co., LLC, | Case No.: 4:19-cv-05194-HSG |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| v. | |
| Qolsys, Inc., | Complaint filed on August 20, 2019 |
| Defendant. | |

1 | Pursuant to stipulation by the parties, IT IS HEREBY ORDERED that this matter is
2 | DISMISSED WITH PREJUDICE.

5 | **IT IS SO ORDERED.**

7 | Dated: 9/25/2020

*Haywood S. Gill, Jr.*
United States District Court Judge